THE STATE EX REL. WHEELER, APPELLEE, *v.* INDUSTRIAL COMMISSION
OF OHIO ET AL.; METRO ELECTRIC, INC., APPELLANT.

[Cite as *State ex rel. Wheeler v. Indus.
Comm.* (1998), 83 Ohio St.3d 394.]

(No. 97–2477—Submitted August 19, 1998—Decided October 14, 1998.)

*Harris & Burgin, L.P.A.,* and *Andrea L. Burns,* for appellee.
*Brickler & Eckler, L.L.P., Charles D. Smith* and *Nelson M. Reid,* for appellant.

The judgment of the court of appeals is affirmed consistent with the opinion of
the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ.,
concur.

PFEIFER and COOK, JJ., dissent.